1082

No. 827.  PINES v. ZEMURRAY ET AL.  C. A. 5th Cir. Certiorari denied. *Jacob Rassner* for petitioner.

No. 828.  STERNBACK v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied. *Charles A. Bellows* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States.

No. 833.  LOKER v. MARYLAND.  Ct. App. Md.  Certiorari denied. *Frederick Bernays Wiener* for petitioner.

No. 840.  HECHT v. UNITED STATES.  C. A. 3d Cir. Certiorari denied. *Frederick Klaessig* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 843.  LEACH v. UNITED STATES.  C. A. 5th Cir. Certiorari denied. *W. S. Moore* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States.

No. 845.  SCOTT v. ALASKA.  Sup. Ct. Alaska.  Certiorari denied. *Joseph H. Shortell* for petitioner.

No. 847.  LANDWER v. VILLAGE OF NORTH BARRINGTON. App. Ct. Ill., 2d Dist.  Certiorari denied. *Eva Schwartzman* for petitioner. *Willard L. King* and *Gerald C. Snyder* for respondent.